# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LEONARD JORDAN**                                                                     **PLAINTIFF**
**#95567**

**V.**                      **NO. 4:19-CV-00729-BRW**

**JIM CHEEKS**                                                                    **DEFENDANT**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 21st day of October, 2019.


                                                    <u>Billy Roy Wilson</u>  
                                                    UNITED STATES DISTRICT JUDGE